# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    Civil Action No. 2:22-cv-02522 |
| v. | ) |
| | ) |
| OKRA, LLC, | ) |
| | ) |
|     Defendant. | ) |

_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

The Plaintiff states that he is desirous of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 1ST day of November, 2022.

                                              */s/ Rebecca J.* Hutto
                                              Rebecca J. Hutto #39252
                                              *Attorney for Plaintiff*
                                              208 Adams Avenue
                                              Memphis, TN 38103
                                              (901) 523-1844
                                              Rebecca@wcwslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1ST day of November, 2022, the Notice of Voluntary Dismissal was served that day on all parties of record identified on the Service List set forth below via transmission of electronic mail and the Court's ECF system.

*/s/ Rebecca J. Hutto*

SERVICE LIST:

Louise C. Biedenharn
Brian L. Yoakum
EVANS PETREE PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Telephone: 901-525-6781
lbiedenharn@evanspetree.com
byoakum@evanspetree.com