# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:22-cv-02522-TLP-atc |
| v. ) | |
| ) | |
| OKRA, LLC, a limited liability company, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint filed on August 11, 2022. (ECF No. 1.) In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 18), and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

November 1, 2022
Date